IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO **11-05154 SEK** |
|---|---|
| **ANGEL V. MENDEZ VIERA**<br>**JANNETTE VAZQUEZ COLL** | CHAPTER 13 |
| DEBTOR(S) | |

**MOTION OBJECTING PLAN**

TO THE HONORABLE COURT:

COMES NOW creditor **BANCO BILBAO VIZCAYA ARGENTARIA (BBVA)**, represented by the undersigned attorneys and very respectfully states and prays:

1.      On June 17th, 2011, debtors filed the instant petition for relief.

2.      On June 17th, 2011 debtors filed a plan by means of which they propose to pay to the Trustee the sum of $300.00 for sixty (60) consecutive months for a total base of $18,000.00. From said proceeds the Trustee shall disburse $2,714.00 for attorney's fees. The plan further states that they consent the lifting of the automatic stay in favor of BBVA.

3.      BBVA is holder in due course of a duly recorded money purchase security agreement with security interest (contract number 9615221177) at the Motor Vehicles and Trailers Registry of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico, which encumbers a 2005, Toyota Yaris Sedan

automobile, engine number JTDBT923894042675 registered in the name

of **JANNETTE VAZQUEZ COLL.**(See Exhibit "A")

4.    Appearing creditor respectfully requests from this Honorable Court to enter an Order denying confirmation of the proposed plan based on the following grounds:

a.    Despite what is described in the plan, part "B" of the proposed plan attached by the Trustee fails to provide that BBVA will retain its security interest over the vehicle at hand.

b.    Section 1325(a)(1) and (5) of the Bankruptcy Code, [11 USC §1325(a)(1) and (5)], states as follows:

"**§1325.   Confirmation of plan**

"(5)with respect to each allowed secured claim provided for by the plan-
(A) the holder of such claim has accepted the plan;
(B) (i) the plan provides that-
    (I) the holder of such claim retain the lien securing such claim until the earlier of-
    (aa)the payment of the underlying debt determined under nonbankruptcy law; or
    (bb)discharge under section 1328; and
    (II)if the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable nonbankruptcy law;
(ii) the value, as of the effective dated of the plan, of property to be distributed under the plan on account of such claim is not less

> than the allowed amount of such claim; and
> (iii)if-
> (I)property to be distributed pursuant to this subsection is in the form of periodic payments, such payments shall be in equal monthly amounts; and
> (II)the holder of the claim is secured by personal property, the amount of such payments shall not be less than the amount sufficient to provide to the holder of such claim adequate protection during the period of the plan; or
> (C) the debtor surrenders the property securing such claim to such holder;"

c.    Section 363(e) of the Bankruptcy Code states as follows:

> "(e) Notwithstanding any other provision of this section, at any time, on request of an entity that has an interest in property used, sold, or leased, or proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, shall prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest.

d.    The proposed plan attached by the Trustee fails to comply with Sections 1325(a)(1) and (5), supra. It fails to provide that BBVA shall retain its lien. Under such circumstances BBVA hereby rejects the proposed plan.

**WHEREFORE**, it is very respectfully requested from this Honorable Court to grant this Motion and to enter an Order denying confirmation of the proposed plan.

**I HEREBY CERTIFY:**   On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF

System which will sent notification of such filing to the following: Attorney for Debtor(s), **JOSE M. PRIETO CARBALLO, ESQ.**, and to Chapter 13 Trustee, **JOSE RAMON CARRION MORALES, ESQ.**, and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26 day of July , 2011.

s/ Ángel M. Vázquez Bauzá
**ÁNGEL M. VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel. (787) 757-1313 Fax. 754-1354
e-mail: avazquez@enrassociates.com

14412/sfg

**BBVA**

1738 Calle Amarillo
Río Piedras, PR 00926

## CONTRATO DE VENTA AL POR MENOR A PLAZOS
### (ACUERDO DE GRAVAMEN MOBILIARIO)

Vende y hace la
siguiente divulgación
requerida por ley
Federal y (Local)

**EL VENDEDOR:**

NDA SERVICES CORP HNC ADRIEL
CARR # 3 KM 27.3 RIO GRANDE PR 00745

NOMBRE COMPLETO — Dirección Completa del Negocio — Zip Code

**COMPRADOR(ES):**

JANNETTE VAZQUEZ COLL

NOMBRE COMPLETO

BUEN CONSEJO C/SAN RAFAEL 214 RIO PIEDRA PR 00926

Dirección Residencial (donde se envían todas las Notificaciones) — Zip Code

Compra(n) y grava(n) la
siguiente mercancía
denominada "Vehículo"
o "Propiedad"

NOMBRE COMPLETO

Dirección Residencial (donde se envían todas las Notificaciones) — Zip Code

| Año | Nuevo o Usado | Marca y Modelo | Nr./Cilindros | Núm. de Identificación del Vehículo | Uso Principal | |
|-----|---------------|----------------|---------------|--------------------------------------|---------------|--|
| 2008 | NUEVO | TOYOTA YARIS SEDAN | | JTDBT923894042675 | Personal [X] Negocio [ ] | |

| | | | |
|--|--|--|--|
| [ ] Transmisión Manual Opcional | [ ] Ventanas Eléctricas | [ ] Guía Eléctrica Hidráulica (Power Steering) | [ ] Stereo · [ ] 2 Puertas |
| [ ] Radio | [ ] Aire Acondicionado | | [ ] Otro – Describa · [ ] 4 Puertas |
| [ ] Frenos de Fuerza (Power Brakes) | [ ] Transmisión Automática | [ ] Asientos Control Eléctrico | |

### TERMINOS DEL CONTRATO

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

### DETALLES DEL BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA

| | | | | |
|--|--|--|--|--|
| | PRECIO DE VENTA AL CONTADO | | $ | 16350.00 |
| 1 | Precio de Venta Accesorios | | | N/A |
| | Otros | | $ | |
| | Pronto Pago en efectivo | $ 500.00 | | |
| | Vehículo tomado a cuenta (Trade-In) | | | N/A |
| 2 | Descripción Marca-Año-Modelo | | | N/A |
| | Valor bruto acordado del vehículo | $ | N/A | |
| | Menos la cantidad adeudada de | $ | N/A | |
| | Valor Neto acordado del | | N/A | |
| | Vehículo tomado en cuenta | $ | N/A | |
| | Bono ( Rebate ) | $ | N/A | |
| | PRONTO PAGO TOTAL ( suma partidas a, b y c ) | | $ | 500.00 |
| | BALANCE ADEUDADO DEL PRECIO AL CONTADO | | $ | 15850.00 |
| | CANTIDADES PAGADAS A OTROS POR CUENTA SUYA | | | |
| | Licencia Seguro | | $ | N/A |
| | Obligatorio y ACAA | | $ | 10.00 |
| | Rótulo | | $ | N/A |
| | Declaración de Financiamiento, Cesión y Traspaso | | | |
| | de Gravamen mobiliario Terminación ( ) | | $ | 10.00 |
| | 17 de agosto de 1995 ) | | $ | |
| | Inscripción / Sellos | | $ | 82.00 |
| | CARGOS POR DERECHOS | | | |
| | ( suma partidas d, e, f y g ) | Total | $ | 102.00 |
| | SEGUROS / CONTRATOS DE SERVICIOS | | | |
| | ( Vease divulgaciones adicional anejada) | | $ | 2109.00 |
| | BALANCE PRINCIPAL Y CANTIDAD FINANCIADA | | | |
| | ( suma de partidas 3, 4 y 8 ) | | $ | 18061.00 |

DIVULGACION REQUERIDA POR LEY FEDERAL CONOCIDA COMO "TRUTH IN LENDING ACT" Y EL "REGLAMENTO Z"

### PROGRAMA DE PAGOS

AVISO AL COMPRADOR: NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DE PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

CERTIFICO HABER RECIBIDO COPIA LLENA DE ESTE CONTRATO DE VENTA AL POR MENOR A PLAZOS Y QUE HE LEIDO AMBOS LADOS DE ESTE DOCUMENTO Y SUS ANEJOS.

AVISO AL DEUDOR, USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO/ VENDEDOR TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN INVOCAR PROCEDIMIENTO JUDICIAL.

### CONTRATO DE VENTA AL POR MENOR A PLAZOS

Suscrito hoy  01 de  OCTOBER  de  2008

RIO GRANDE _____ , Puerto Rico.

X _____
Firma del Comprador(es)

X _____
NDA SERVICES CORP HNC ADRIEL
Firma del Vendedor

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

AN ENGLISH TRANSLATION OF THIS CONTRACT IS AVAILABLE AT YOUR REQUEST.

PRIMER ORIGINAL

... [texto en letra menuda sobre la aceptación por el VENDEDOR de cualquier plazo o cantidad...]

En _____, Puerto Rico, a ____ de _____ de _____

_____
Garantizador

_____
Testigo

_____
Dirección del Garantizador

_____
Dirección del Testigo

## ACUERDO DE CESION Y REVENTA DEL VENDEDOR

**A: BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO**

Por el valor recibido, el que suscribe por la presente, CEDE, VENDE Y TRASPASA, a BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"), sus sucesores y cesionarios, todo su título, derecho e interés en este Contrato de Venta al Por Menor a Plazos-Gravamen Mobiliario ( el "Contrato") y en cualquier producto de él se derivare. El que suscribe [ registra y garantiza que no ha ocurrido evento alguno que haya podido afectar o modificar la validez y el cumplimiento de este Contrato en todas sus partes, de acuerdo con sus términos, y que los bienes a que este Contrato se refieren ( los "Bienes" ) no son objeto de ninguna reclamación o defensa por parte del COMPRADOR y estos libres de todo gravamen, excepto el gravamen constituido a que este Contrato se refiere. ...

### 6. RIESGOS POR PERDIDA — SEGUROS.

El Vehículo estará bajo el riesgo del COMPRADOR ... [texto en letra menuda]

### 8. SEGURO DE VIDA Y CONTRATOS DE SERVICIO: Véase Divulgación Adicional sobre Seguros y Contratos de Servicio.

### 7) GENERAL: Ningún traspaso, renovación, prórroga, o cesión de este Contrato o de cualquier interés bajo el mismo, ninguna pérdida, daño o destrucción del Vehículo ni la venta al COMPRADOR de sus obligaciones bajo este Contrato ... [texto en letra menuda]

### 9. INTERPRETACION: La validez y ejecutabilidad de este contrato se interpretará y regirá bajo las leyes del Estado Libre Asociado de Puerto Rico. El COMPRADOR se somete a la jurisdicción y competencia del Tribunal General de Justicia del Estado Libre Asociado de Puerto Rico, sala de San Juan. Cualquier término que no se haya definido en este contrato tendrá la definición designada en la Ley 208 del 17 de agosto de 1995, según enmendada.

## AVISO AL COMPRADOR

1. Si los términos de financiamiento expuestos en este acuerdo con el VENDEDOR no fueren correctos en todos sus extremos y;
2. Si la propiedad descrita en este acuerdo no le hubiere sido entregada a usted por el VENDEDOR o no estuviese en la actualidad en su poder y;
3. Si el VENDEDOR no hubiere cumplido todas sus obligaciones para con usted, el COMPRADOR, usted deberá notificarle al cesionario de este acuerdo por escrito, mediante correo certificado con acuse de recibo, a la dirección indicada en este acuerdo, dentro de los veinte (20) días siguientes a la fecha en que tenga conocimiento de algún hecho que a juzgar por usted haga que la causa de acción o defensa que tenga de la venta y que pudiera usted tener en contra del VENDEDOR. Copia de cualquier notificación al Cesionario deberá ser referida a BBVA al Departamento de Financiamiento de Automóviles, 1728 Calle Amarillo, Río Piedras, P.R. 00926

## GARANTIA SOLIDARIA

En consideración al otorgamiento de este Contrato por el VENDEDOR, el suscribiente por la presente garantiza solidariamente a BBVA, sus sucesores y cesionarios, como BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"), sus sucesores y cesionarios, el pago de todos los plazos de este Contrato, más los intereses y el cumplimiento de todos los términos y condiciones del Contrato por parte del COMPRADOR. El suscribiente se obliga a pagar a BBVA, sus sucesores y cesionarios, cuando fuese requerido para ello, la totalidad del balance pendiente de pago ...

### A. Sin recurso al cedente.

### B. Con recurso al cedente. En consideración a la compra de este Contrato por BBVA, sus sucesores y cesionarios, el suscribiente se obliga incondicionalmente a garantizar solidariamente el pago puntual de todos los plazos especificados en el Contrato, más intereses, y se obliga a cualquier por cuenta, inmediatamente que fuere requerido para ello por BBVA, sus sucesores y cesionarios, el Contrato de Venta al Por Menor a Plazos, pagando al suscribiente la totalidad del balance pendiente de pago bajo el mismo, al ser cualquier momento el COMPRADOR deje de hacer efectivo a su vencimiento alguna de las condiciones y obligaciones bajo este Contrato, o si el mismo fuese rescindido por cualquier razón. ...

### C. Con recurso limitado al cedente. En consideración a la compra de este Contrato por BBVA, sus sucesores y cesionarios, el suscribiente se obliga a garantizar solidariamente el pago puntual de todos los plazos especificados en el Contrato, más intereses, y se obliga a cualquier por cuenta, inmediatamente que fuere requerido para ello por BBVA, sus sucesores y cesionarios, el Contrato de Venta al Por Menor a Plazos, pagando al suscribiente la totalidad del balance pendiente de pago ... meses (pagos) desde la inscripción de este Contrato. ...

### D. Con recurso limitado al cedente. En consideración a la compra de este Contrato por BBVA, sus sucesores y cesionarios, el suscribiente se obliga incondicionalmente a satisfacer a BBVA, sus sucesores y cesionarios, el suscribiente se obliga la suma de $ _____ si el cualquier momento el COMPRADOR deje de hacer efectivo a su vencimiento alguna de los pagos y condiciones establecidas en este Contrato, o si el mismo fuese rescindido por cualquier razón. La responsabilidad del suscribiente no está limitada por cualquier razón, prórroga, transacción o variación en la obligación incurrida por o con el COMPRADOR o cualquier otra persona interesada y se renuncia expresamente al derecho de aviso de aceptación de esta garantía y a todo aviso, demanda o notificación de incumplimiento, protesta, requerimiento de pago, ejecución y remedios posesorios.

En _____, Puerto Rico, a ____ de _____ de _____

_____
Nombre del Vendedor

_____
Nombre del Vendedor        Título

## Ley de Puerto Rico — Sobre el Cesionario

El Cesionario que reciba o adquiera el presente Contrato o lo que incorpore a plazo o un pagaré relacionado con éste, quedará sujeto en igualdad de condiciones a cualquier reclamación o defensa que el Comprador pueda interponer en contra del Vendedor. El cesionario del Contrato tendrá derecho a retener todas las sumas que adeude al Vendedor como resultado del Contrato. El recobro por el Comprador no podrá exceder de las cantidades pagadas bajo el Contrato.

## LEY FEDERAL

La Comisión Federal de Comercio requiere que se incluya el siguiente aviso, el cual no debe entenderse como una limitación a los derechos expuestos, en el antes anterior que requiera la ley estatal.

CUALQUIER TENEDOR DE ESTE CONTRATO DE CREDITO AL CONSUMIDOR ESTA SUJETO A TODAS LAS RECLAMACIONES Y DEFENSAS QUE EL DEUDOR PUDIERA ALEGAR EN CONTRA DEL VENDEDOR DE LOS BIENES Y SERVICIOS OBTENIDOS DE CONFORMIDAD CON O USANDO LOS REDITOS DE ESTE CONTRATO. EL RECOBRO POR EL DEUDOR BAJO ESTA CLAUSULA NO EXCEDERA DE LAS CANTIDADES PAGADAS POR EL DEUDOR BAJO ESTE CONTRATO.

**VEASE AL OTRO LADO PARA INFORMACION**

LIBRE ASOCIADO DE PUERTO RICO

## CERTIFICADO DE TITULO

| NUMERO DE TITULO | FECHA EXPEDIDA | | | | NUMERO DE REGISTRO |
|---|---|---|---|---|---|
| A | | | | | |
| 4817140 | 25-ENE-2003 | 7163949 | | | 01-OCT-2008 |

| NUMERO DE SERIE (VIN) | | MARCA | MODELO | AÑO | NUM. DE LICENCIA |
|---|---|---|---|---|---|
| JTDBT123840486475 | | TOYOTA | | 2003 | |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | EST ADQ | CILINDROS | COLOR |
|---|---|---|---|---|---|---|
| | 24 | 04 Nuevo | | CostaRica | 10 | 12 Blanco |

NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL

Nombre: VAZQUEZ DOLL, JANNETTE

Resid: BO BUEN CONSEJO
214 CALLE SAN RAFAEL
SAN JUAN PR 00926

Postal: BO BUEN CONSEJO
214 CALLE SAN RAFAEL
SAN JUAN PR 00926

ESTE ES SU
TITULO DE PROPIEDAD.
CONSERVELO EN
SITIO SEGURO.

GRAVAMENES

PRIMER GRAVAMEN (VENTA CONDICIONAL)

BBVA

FECHA
(DIA-MES-AÑO)

01-OCT-2008

SEGUNDO GRAVAMEN (OTROS)

CANCELACION GRAVAMEN

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO
ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS
(2) FIRMAS)

| PRIMER GRAVAMEN | | FECHA | FIRMA AUTORIZADA |
|---|---|---|---|

| SEGUNDO GRAVAMEN | | FECHA | FIRMA AUTORIZADA |
|---|---|---|---|

SECRETARIO DTOP
O REPRESENTANTE AUTORIZADO

NUMERO CONTROL

A 8587282

NO ES VALIDO SI ALTERADO

Label Matrix for local noticing
0104-3
Case 11-05154-SEK13
District of Puerto Rico
Old San Juan
Tue Jul 26 09:16:37 AST 2011

US Bankruptcy Court District of P R

ADVANTAGE ASSETS II INC
7322 SOUTHWEST FRWY SUITE 1600
HOUSTON TX 77074-2053

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BANK OF AMERICA
P O BOX 1532
WILMINGTON, DE 19899-1532

-----

BPPR
P O BOX 366818
SAN JUAN, PR 00936-6818

CITI BANK
P O BOX 364106
SAN JUAN, PR 00936-4106

CITIFINANCIAL
P O BOX 71328
SAN JUAN, PR 00936-8428

CITIFINANCIAL
P O BOX 9300
SAN JUAN, PR 00908-0300

CLARO
P O BOX 70366
SAN JUAN, PR 00936-8366

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Fia Csna
4060 Ogletown/stanton Rd
Newark, DE 19713

Gemb/gapdc
Po Box 981400
El Paso, TX 79998-1400

Gemb/jc Penney Pr
Po Box 364788
San Juan, PR 00936-4788

Gemb/sams Club
Po Box 981400
El Paso, TX 79998-1400

Gemb/sams Club Dc
Po Box 981400
El Paso, TX 79998-1400

Gemb/walmart
Po Box 981400
El Paso, TX 79998-1400

Hospital San Francisco
P O BOX 29025
SAN JUAN, PR 00929-0025

ISLAND FINANCE
P O BOX 715404
SAN JUAN, PR 00936

Ltd Financial Svcs Lp
7322 Southwest Fwy Ste 1
Houston, TX 77074-2010

Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123-2251

Nco Group Fin Systems
507 Prudential Rd
Horsham, PA 19044-2308

Radio/cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369

Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

Thd/cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

WESTERN BANK
P O BOX 1180
MAYAGUEZ, PR 00681-1180

Wfnnb/mariannes
995 W 122nd Ave
Westminster, CO 80234-3417


ANGEL V MENDEZ VIERA
214 SAN RAFAEL
BUEN CONSEJO
SAN JUAN, PR 00926-1607


JANNETTE VAZQUEZ COLL
214 SAN RAFAEL
BUEN CONSEJO
SAN JUAN, PR 00926-1607


JOSE V PRIETO CARRILLO


JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET   SUITE 301
SAN JUAN, PR 00901-1938